No. 86–6096. ISBELL v. GEORGIA. Ct. App. Ga. Certiorari denied. 

No. 86–6097. JEMISON v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 86–6098. GREEN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 86–6099. CHUWANG v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 86–6100. LEEHAN v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 86–6102. BALL v. SECRETARY OF HEALTH AND HUMAN SERVICES ET AL. C. A. 6th Cir. Certiorari denied. 

No. 86–6104. DILLOW v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 86–6110. SIANO v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. 

No. 86–6112. SHAID v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 86–6113. VAN GOSSEN v. TEXACO INC. C. A. 5th Cir. Certiorari denied. 

No. 86–6115. KING v. THOMPSON. Sup. Ct. N. D. Certiorari denied. 

No. 86–6116. FREEMAN v. KEENEY. C. A. 9th Cir. Certiorari denied. 

No. 86–6117. BUCHANAN v. REES, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 86–6118. HASELHUHN v. WYOMING. Sup. Ct. Wyo. Certiorari denied.